# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CAMILLE LANDRY AND FRANNIE
L. LANDRY, INDIVIDUALLY AND
ON [BEHALF] OF THEIR MINOR
CHILD, CAMIE LANDRY

VERSUS

PROGRESSIVE SECURITY
INSURANCE, COMPANY, NATIONAL
SECURITY AND CASUALTY
COMPANY AND COREY J. CROCHET

NO.  2022 CW 1152

**JANUARY 17, 2023**

---

In Re:    Corey J. Crochet, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. 661202.

---

**BEFORE:    THERIOT, CHUTZ, AND HESTER, JJ.**

**WRIT NOT CONSIDERED.** The writ application fails to comply with Rule 4-5(C)(10) of the Uniform Rules of Louisiana Courts of Appeal, as it does not include a copy of the pertinent court minutes. Further, the district court's ruling on Defendant's evidentiary objection contained in his reply memorandum is not clear from the writ application. See La. Code Civ. P. art. 966(D)(2).

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

In the event relator seeks to file a new application with this court, it must contain all pertinent documentation and must comply with Rule 2-12.2 of the Uniform Rules of Louisiana Courts of Appeal. Any new application must be filed on or before February 16, 2023 and must contain a copy of this ruling.

**MRT**
**WRC**

**Hester, J.,** dissents and would issue a briefing schedule pursuant to La. Code Civ. P. art. 966(H).

COURT OF APPEAL, FIRST CIRCUIT

*a.S.*
_____
DEPUTY CLERK OF COURT
FOR THE COURT